FILED CLERK
2013 MAR 14 PM 12:08
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
AMY MADUS,

Plaintiff,

-against-

AMAZON RELOCATION SERVICES, INC.,

Defendant.
-----------------------------------------------------X

**COMPLAINT**

Index No.: CV 13 - 1339

JURY TRIAL DEMANDED

AMON, CH.J.

AZRACK, M.J.

Plaintiff, Amy Madus ("Madus") through her undersigned attorney, alleges as follows:

**The Parties**

1. Plaintiff, Amy Madus, is an individual with citizenship in the State of New Jersey.

2. Upon information and belief, defendant Amazon Relocation Services, Inc. (hereinafter "Amazon") is a corporation, organized under the laws of the State of New York with a principal place of business at 5726 First Avenue, Brooklyn, New York 11220.

**Jurisdiction & Venue**

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 as this action arises from the carriage of goods in interstate commerce and is governed by the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706, and federal statutes and federal common law. Concurrently there is diversity, pendent, ancillary and supplemental jurisdiction as to certain aspects of the claim in suit.

4. Plaintiff seeks recovery for defendant's breaches of contract and torts. The amount in controversy, exclusive of interests and costs, exceeds $75,000.00.

5. Venue is proper because the defendant conducts business in and is located in the Eastern District of New York.

**First Cause of Action**

6. Plaintiff seeks to recover damages for the nondelivery, shortage and loss to a shipment of household goods shipped by plaintiff and consigned to defendant (hereinafter all referred to as the "Shipment").

7. On or about January 5, 2012 Shipment was received into the care, custody and control of defendant in good order and condition for intended truck carriage from West New York, New Jersey to Port Richy, Florida, as described more fully in a certain bill of lading believed to be US DOT 1915718 (hereinafter the "Bill of Lading").

8. Madus was the owner of the Shipment.

9. Plaintiff sues herein on her own behalf and as agent on behalf of anyone else who may have an interest in this action.

10. Madus tendered Amazon $2,500 as payment for shipping charges associated with the Shipment.

11. At a date subsequent to January 5, 2012 Amazon notified Madus that her goods had been totally destroyed.

12. Amazon failed to deliver the Shipment at the agreed destination and no subsequent delivery has been tendered.

13. As a result of the aforesaid, defendant is liable to plaintiff as commons carriers, forwarders, warehousemen, and/or bailees for hire.

14. Madus timely filed a claim with Amazon, and Amazon responded with a nominal offer, substantially less than the loss she suffered as a result of the destruction of her goods.

15. By reason of the aforesaid nondelivery, shortage and loss to the Shipment, plaintiff has sustained damages in the amount of $200,000.00, no part of which has been paid although duly demanded.

**Second Cause of Action**

16. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 15 of this complaint.

17. Upon reviewing the Bill of Lading with plaintiff, defendant failed to offer plaintiff the reasonable opportunity to elect full liability protection for the Shipment.

18. Moreover, Amazon failed to inform Madus that its liability would be limited in case of loss.

19. After tendering Madus with the Bill of Lading, Amazon completed the waiver part of that form after it had been signed by Madus and without her authorization. A copy of the Bill of Lading is attached and incorporated by reference.

20. By reason of the aforesaid actions by the defendant, plaintiff has sustained damages in the amount of $200,000.00, no part of which has been paid although duly demanded.

**Third Cause of Action**

21. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 20 of this complaint.

22. The loss of the shipment in this suit was caused in whole or in part by defendant's failure to properly provide and/or arrange transportation services for the shipment in suit, including the failure to exercise due care in (a) the arranging of the carriage of the shipment by road; (b) the selection of a competent, qualified, and/or properly insured motor carrier; and (c) the instructing, monitoring and supervising of the hired motor carrier with respect to the carriage of the shipment.

23. Accordingly, even if defendant alleges that it acted as a "broker" or third-party logistics service-provider, instead of a Carmack Amendment carrier or forwarder, it is liable to plaintiff for breach of the duties outlined in the preceding causes of action.

24. By reason of the aforesaid actions by the defendant, plaintiff has sustained damages in the amount of $200,000.00, no part of which has been paid although duly demanded.

WHEREFORE, plaintiff demands judgment against defendant under the First Cause of Action, Second Cause of Action and Third Cause of Action for:

a) the sum of $200,000.00;

b) prejudgment interest at the rate of 9% per annum;

c) the costs of this action;

d) other such relief as the Court deems just and proper.

**DEMAND FOR TRIAL BY JURY**

Plaintiff hereby demands, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, a trial by jury in this action.

Dated: March 13, 2013
New York, New York

**ALLAN J. BERLOWITZ**

Allan J. Berlowitz
Attorney for Plaintiff
1700 Broadway, 21st Floor
New York, NY 10019
(212) 245-6440
ajberlowtiz@gmail.com

Of Counsel: Allan J. Berlowitz, Esq.(AB5780)
Joshua E. Fingold, Esq. (JF6458)

# ORDER FOR SERVICE

#2

Certificate No.:
U.S. DOT [illegible]
[illegible]

(Indicate whether Hourly or Weight Basis)
☐ HOURLY BASIS ☐ WEIGHT BASIS

5720 1ST AVE.
BROOKLYN, NY 11220
[illegible]

Job # 11 [illegible]
CARRIER'S REG. NUMBER

IN CASE OF NEED: CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER — REFER TO THIS REG. NO.

SHIPPER Amy Madur
ADDRESS [illegible]
FLOOR [illegible] ELEV TEL [illegible]
CITY West New York STATE NJ
CARRIER'S DELIVERING AGENT OR INTERLINING CARRIER (IF ANY)
NAME Jimmie [illegible]
LOCATION OF CERTIFIED SCALE TO BE USED IN WEIGHING SHIPMENT AT ORIGIN

CONSIGNED TO Amy Madur
ADDRESS
FLOOR ELEV. TEL.
CITY [illegible] STATE
ADDRESS [illegible]
CITY [illegible] STATE [illegible] PHONE [illegible]

| PACKING DATE REQUESTED | AGREED PICK UP DATE OR PERIOD OF TIME | AGREED DELIVERY DATE OR PERIOD OF TIME — EARLIEST | LATEST |
|---|---|---|---|
| 1-5-12 | 1-5-12 | 1-6-12 | 2-6-12 |

SHIPPER'S CONTACT: ☐ Enroute ☐ Destination
NAME Amy Madur
ADDRESS [illegible] # 2 [illegible]
CITY West New York STATE NJ PHONE [illegible]
SHIPPER DOES NOT ☐ DOES ☐ Request Notification Charges At
NAME
ADDRESS
CITY STATE PHONE
☒ Check if Summary of Information for Shippers of Household Goods given.

## SERVICES TO BE PERFORMED ON THIS SHIPMENT

HOURLY BASIS: STRAIGHT TIME
____ Van(s) ____ Men ____ Hours at $ ____ per hour
OVERTIME SERVICES
____ Van(s) ____ Men ____ Hours at $ ____ per hour
Travel Time ____ Hours at $ ____ per hour

WEIGHT BASIS:
MILES ____ WEIGHT ____ RATE PER CWT. ____

Packing at Origin ☒
Packing Containers ☒ Amy [signature]
Unpacking at Destination ☐
Extra Pickup at Origin ☐
Extra Delivery at Destination ☐
Piano - Organ Handling ☐
Crating Services ☐
Uncrating Services ☐
Storage in Transit ☐ Dates
WAREHOUSE ADDRESS
Phone
Exclusive Use of Van ☐
Space Reservation ☐ Cubic Feet
Expedited Service ☐
Appliance Service: Origin Destination
Air Conditioner ☐ ☐
Washer ☐ ☐
☐ ☐
☐ ☐
☐ ☐
☐ ☐

## VALUATION - HOURLY BASIS

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 60 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING

$ ____ (To Be Completed by Person Signing Order)

## VALUATION - WEIGHT BASIS

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 60 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR AN AMOUNT EQUAL TO $1.25 FOR EACH POUND OF WEIGHT IN THE SHIPMENT, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING

$ 0.60 ¢ Per pound (To Be Completed by Person Signing Order)

TOTAL PROBABLE COST CHARGES $ 2500

APPLICABLE ONLY IF PROBABLE COST OF SERVICES HAS BEEN GIVEN BY CARRIER TO SHIPPER.
MAXIMUM AMOUNT REQUIRED TO BE PAID ON DELIVERY:
On Hourly Rated Shipments, Probable Charge Plus 25%
On Weight Rated Shipments, Probable Charge Plus 10%

PAYMENT IN CASH OR CERTIFIED CHECK, MONEY ORDER, TRAVELER'S CHECK OR CASHIER'S CHECK.

## BILLING INFORMATION

NAME
ADDRESS
CITY STATE
ATTENTION OF:

ADDITIONAL INFORMATION:

THE SHIPPER (OR HIS REPRESENTATIVE) BY HIS SIGNATURE HEREBY ORDERS THE SERVICES OUTLINED HEREIN TO BE PERFORMED ON HIS BEHALF, AND FURTHER ACKNOWLEDGES THAT ALL ARRANGEMENTS REGARDING CONTACT WHILE EN ROUTE AND/OR AT DESTINATION, METHOD OF PAYMENT, AND NOTIFICATION OF CHARGES ARE AS DESIGNATED BY HIM.

1/5/12 X Amy [signature]
DATE SHIPPER OR HIS REPRESENTATIVE

THE CARRIER, BY SIGNATURE OF ITS REPRESENTATIVE, HEREBY ACCEPTS THIS ORDER FOR SERVICES AND AGREES TO PERFORM THE SERVICES OUTLINED HEREIN AND TO COMPLY WITH SUCH OTHER ARRANGEMENTS AS ARE SPECIFIED.

1/5/12 X [signature]
DATE CARRIER'S REPRESENTATIVE

NO. [illegible]

# UNIFORM HOUSEHOLD GOODS BILL OF LADING AND FREIGHT BILL

VEHICLE NO. 249

[illegible]

**IN CASE OF NEED CONTACT TRAFFIC CONTROL MGR. AT ABOVE ADDRESS OR TELEPHONE NUMBER**

CONNECTING OR INTERLINING CARRIER (IF ANY) Olympic Van Lines ADDRESS 950 [illegible] 27th Ave PHONE [illegible]

RECEIVED, subject to classifications, tariffs, rules and regulations including all terms printed or stamped hereon or on the reverse side hereof in effect on the date of issue of this bill of lading.

SHIPPER [illegible] DATE 1-5-12 CONSIGNED TO [illegible]

ADDRESS [illegible] ADDRESS

FLOOR 3/4 ELEV. TEL. [illegible] FLOOR ELEV. TEL.

CITY [illegible] COUNTY STATE NJ CITY [illegible] COUNTY STATE [illegible]

| ACTUAL PICKUP DATE | AGREED PICKUP DATE or period of time | GUARANTEED PICKUP DATE | AGREED DELIVERY DATE | GUARANTEED DELIVERY DATE |
|---|---|---|---|---|
| 1-5-12 | 1-5-12 (If applicable) | (If applicable) | [illegible] (If applicable) Daily Allowance | (If applicable) |

**NOTIFICATION OF CHARGES**

SHIPPER REQUESTS NOTIFICATION OF ACTUAL CHARGES TO PARTY SHOWN BELOW ☐ (C.O.D. SHIPMENTS ONLY)

NOTIFY

ADDRESS TEL.

IN CASE OF DELAY, OR IF CHARGES EXCEED ESTIMATE BY MORE THAN 10%

NOTIFY

ADDRESS TEL.

Payment in Cash or Certified Check, Money Order, Traveler's Check or Cashier's Check

BILLING INFORMATION

NAME [illegible]

ADDRESS [illegible]

CITY & STATE [illegible]

ATTENTION OF

INSURANCE: The shipper declares the actual cash value of the shipment to be $

Insurance Rate $ per hundred dollars, premium $

Signature

Notice: Carrier's tariffs, by this reference, are made a part of the bill of lading and may be inspected at carrier's facility, or, on request, carrier will furnish a copy of any tariff provision containing carrier's rates, rules or charges governing the shipment.

Tariff 2.99 [illegible]

I waive my right to observe the re-weigh of this shipment.

Signature [signature] 1/5/12 Date

| | ORIGINAL | REWEIGH |
|---|---|---|
| Gross | | |
| Tare | | |
| Net | | |
| Min. Wt. | | |

| SERVICES | CHARGES |
|---|---|
| Transportation FROM ZIP 07093 TO ZIP 94652 | |
| Origin/Destination Fee 800 cf X 2.99 # | $ 2392 # |
| Fuel Surcharge (when applicable) | |
| Insurance Surcharge (when applicable) | |
| Valuation | |
| Containers, Packing & Unpacking | 108 # |
| Storage-In-Transit at ZIP Location Brooklyn N.Y. Date In 1/5/12 Date Out | |
| SIT Pickup and Delivery | |
| Extra Pickups or Deliveries No. at ZIP(s) | |
| Extra Labor, Special Services or Waiting Time | |
| Bulky Articles | |
| Additional Weight Additives | |
| Advanced Charges | |
| Shuttle Service | |
| Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| Overtime Pickups or Deliveries | |
| Other Additional Services | |
| Deposit | [illegible] |

**SPECIAL SERVICES**

☐ EXPEDITED SERVICE ORDERED BY.

SHIPPER DELIVERED ON OR BEFORE

☐ SHIPMENT COMPLETELY OCCUPIED A CU. FT. VEHICLE

☐ EXCLUSIVE USE OF A CU. FT. VEHICLE ORDERED

☐ SPACE RESERVATION CU. FT. ORDERED

☐ ☐

**FULL AND CUSTOM CONTAINER SERVICE**

NOTE: For shipments with origin/destination in California, Customer agrees that title to all packing materials and other property sold to customer passes to customer prior to the transportation of such property to the customer by carrier. The sale price of the containers and container material is $ This sale price is included in the total packing service charge.

| FULL SERVICE | CONTAINERS & PACKING $ | UNPACKING $ |
|---|---|---|
| CUSTOM SERVICE CARTON DESCRIPTION | CONTAINERS & PACKING QUANTITY | UNPACKING QUANTITY |
| DISH PACKS | | |
| CARTONS Less Than 3 cft. | | |
| CARTONS 3 cft. | | |
| CARTONS 4.5 | | |
| CARTONS 6 | | |
| CARTONS 6.5 | | |
| WARDROBE CTN. | | |
| CRIB MATTRESS CTN. | | |
| MATTRESS CTN., TWIN/TWIN LONG | | |
| MATTRESS CTN., DOUBLE (NOT EXCEEDING 54" X 75") | | |
| MATTRESS CTN., KING/QU. (EXCEEDING 54" X 75") | | |
| HEAVY DUTY | | |
| OTHER | | |
| OTHER | | |
| | TOTAL CONTAINERS & PACKING $ 108 | TOTAL UNPACKING $ |

TOTAL CONTAINERS & PACKING AND UNPACKING

CUSTOMER'S DECLARATION of VALUE

THIS IS A TARIFF LEVEL OF CARRIER LIABILITY - IT IS NOT INSURANCE

Unless you select the Alternative Level of Liability shown below your shipment will be transported under our mover's FULL

Minimum Weight or Volume Charge 2,800

☐ C.O.D. Terms & Conditions for Payment of Total Charges

# BINDING ESTIMATE OF COST

Two Flip

U.S. DOT #191[illegible]
MC #[illegible]

AMERICAN [illegible]

5729 1ST AVE.
BROOKLYN, NY 11220
[illegible]

DATE 1/5/12

Name of shipper: Amy Madus — Phone No. 786-775-7040
Address of shipper: 184 63rd st. # 204 — Zip code 07093 - 34652
Shipment moving from: West New York, NJ to 5327 Shaw st.
Shipper's destination contact: Port Richy FL — Phone No. 251-200-0564

| Packing Date Requested | Loading Date Requested | Delivery Date or period of time requested | Daily Allowance |
|---|---|---|---|
| 1/5/12 | 1/5/12 | up to 30 days | |

COST OF SERVICES (Based on tariff HGB No. ______ Section ______)

| | |
|---|---|
| Wt. ______ lbs. | *Boat Linear Ft. ______ x 115 = wt. additive ______ lbs. |
| *Bulky Article Wt. Additive ______ lbs. | *Boat Trailer Lin. Ft. ______ x 75 = wt. additive ______ lbs. |
| Total Estimated Chargeable Wt. ______ lbs. | *Sailboat Lin. Ft. ______ x 125 = wt. additive ______ lbs. |

| RULE | SEC. | ITEM | SERVICES | CHARGES |
|---|---|---|---|---|
| | | | Transportation FROM ZIP 07093 TO ZIP 34652 | |
| | | | Origin/Destination Fee 800 cf. x 2.99 # | 2392.00 |
| | | | Fuel Surcharge (when applicable) | |
| | | | Insurance Surcharge (when applicable) | |
| | | | Valuation | |
| | | | Containers, Packing & Unpacking | 108 # |
| | | | Storage-In-Transit at ZIP Location Brooklyn, NY. Date In 1/5/12 Date Out ______ | |
| | | | SIT Pickup and Delivery | |
| | | | Extra Pickups or Deliveries No. ______ at ZIP(s) ______ | |
| | | | Extra Labor, Special Services or Waiting Time | |
| | | | Bulky Articles | |
| | | | Additional Weight Additives | |
| | | | Advanced Charges | |
| | | | Shuttle Service | |
| | | | Self-Storage/Mini-Warehouse Pickups or Deliveries | |
| | | | Overtime Pickups or Deliveries | |
| | | | Other Additional Services | |
| | | | | |
| | | | | |
| | | | TOTAL COST | 2500 # |

FULL AND CUSTOM CONTAINER SERVICE

| FULL SERVICE | CONTAINERS & PACKING | $ | UNPACKING | $ |
|---|---|---|---|---|

| CUSTOM SERVICE | CONTAINERS & PACKING | UNPACKING |
|---|---|---|
| CARTON DESCRIPTION | QUANTITY | QUANTITY |
| DISH PACKS | | |
| CARTONS Less Than 3 cft. | | |
| CARTONS 3 cft. | | |
| CARTONS 4.0 | | |
| CARTONS 6 | | |
| CARTONS 6.5 | | |
| WARDROBE, CTN. | | |
| CRIB MATTRESS CTN. | | |
| MATTRESS CTN., TWIN/TWIN LONG | | |
| MATTRESS CTN., DOUBLE (NOT EXCEEDING 54" X 75") | | |
| MATTRESS CTN., KING/QU. (EXCEEDING 54" X 75") | | |
| HEAVY DUTY | | |
| OTHER | | |
| OTHER | | |

TOTAL CONTAINERS & PACKING $ 108 | TOTAL UNPACKING $

CONTRACTOR OR CARRIER

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

PAGE NO. / NO. OF PAGES

AGENT

CARRIER'S REFERENCE NO.

OWNER'S GRADE OR RATING AND NAME

CONTRACT OR GBL NO.

ORIGIN LOADING ADDRESS — CITY — STATE

GOVT. SERVICE ORDER NO.

DESTINATION

VAN NUMBER #2

**DESCRIPTIVE SYMBOLS**

BW - BLACK & WHITE TV
C - COLOR TV
CP - CARRIER PACKED
PBO - PACKED BY OWNER
CD - CARRIER DISASSEMBLED
SW - STRETCH WRAPPED
DBO - DISASSEMBLED BY OWNER
PB - PROFESSIONAL BOOKS
PE - PROFESSIONAL EQUIPMENT
PP - PROFESSIONAL PAPERS
MCU - MECHANICAL CONDITION UNKNOWN

**EXCEPTION SYMBOLS**

BE - BENT
BR - BROKEN
BU - BURNED
CH - CHIPPED
CU - CONTENTS & CONDITION UNKNOWN
D - DENTED
F - FADED
G - GOUGED
L - LOOSE
M - MARRED
MI - MILDEW
MO - MOTHEATEN
R - RUBBED
RU - RUSTED
SC - SCRATCHED
SH - SHORT
SO - SOILED
ST - STAINED
T - TORN
W - BADLY WORN
Z - CRACKED

**LOCATION SYMBOLS**

1. ARM
2. BOTTOM
3. CORNER
4. FRONT
5. LEFT
6. LEG
7. REAR
8. RIGHT
9. SIDE
10. TOP
11. VENEER
12. EDGE
13. CENTER
14. INSIDE
15. SEAT
16. DRAWER
17. DOOR
18. SHELF
19. HARDWARE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | box | | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | box | | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | | | | | 4 |
| 5 | | plastic bin | | | | 5 |
| 6 | | | | | | 6 |
| 7 | | | | | | 7 |
| 8 | | | | | | 8 |
| 9 | | | | | | 9 |
| 0 | | | | | | 0 |
| 1 | | | | | | 1 |
| 2 | | | | | | 2 |
| 3 | | | | | | 3 |
| 4 | | plastic bin | | | | 4 |
| 5 | | box | | | | 5 |
| 6 | | [illegible] | | | | 6 |
| 7 | | coffee table | (UB) | | | 7 |
| 8 | | [illegible] | | | | 8 |
| 9 | | [illegible] | (UB) | | | 9 |

CONTRACTOR OR CARRIER

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

AMAZON RELOCATION INC.

AGENT

PAGE NO. 2 NO. OF PAGES 2

CARRIER'S REFERENCE NO. 111991

CONTRACT OR GBL NO.

OWNER'S GRADE OR RATING AND NAME: Amy Madlas

ORIGIN LOADING ADDRESS: 134 63rd st. #204 CITY West New York STATE NJ 07093

GOVT. SERVICE ORDER NO.

DESTINATION: 5097 Shaw st. Port Richey FL 34652

VAN NUMBER 47

DESCRIPTIVE SYMBOLS: B/W - BLACK & WHITE TV; C - COLOR TV; CP - CARRIER PACKED; PBO - PACKED BY OWNER; CD - CARRIER DISASSEMBLED; SW - STRETCH WRAPPED; DBO - DISASSEMBLED BY OWNER; PB - PROFESSIONAL BOOKS; PE - PROFESSIONAL EQUIPMENT; PP - PROFESSIONAL PAPERS; MCU - MECHANICAL CONDITION UNKNOWN

EXCEPTION SYMBOLS: BE - BENT; BR - BROKEN; BU - BURNED; CH - CHIPPED; CU - CONTENTS & CONDITION UNKNOWN; D - DENTED; F - FADED; G - GOUGED; L - LOOSE; M - MARRED; MI - MILDEW; MO - MOTH-EATEN; P - PEELING; R - RUBBED; RU - RUSTED; SC - SCRATCHED; SH - SHORT; SO - SOILED; ST - STAINED; S - STRETCHED; T - TORN; W - BADLY WORN; Z - CRACKED

LOCATION SYMBOLS: 1. ARM; 2. BOTTOM; 3. CORNER; 4. FRONT; 5. LEFT; 6. LEGS; 7. REAR; 8. RIGHT; 9. SIDE; 10. TOP; 11. VENEER; 12. EDGE; 13. CENTER; 14. INSIDE; 15. SEAT; 16. DRAWER; 17. DOOR; 18. SHELF; 19. HARDWARE

NOTE: THE OMISSION OF THESE SYMBOLS INDICATES GOOD CONDITION EXCEPT FOR NORMAL WEAR.

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. |
|---|---|---|---|---|---|---|
| 101 | | white lap box | | | | 1 |
| 2 | | " " | | | | 2 |
| 3 | | trash can | | | | 3 |
| 4 | | wardrobe box | | | | 4 |
| 5 | | " " | | | | 5 |
| 6 | | " " | | | | 6 |
| 7 | | christmas tree | | | | 7 |
| 8 | | TV stand | (2B) | | | 8 |
| 9 | | stool | | | | 9 |
| 110 | | " " | | | | 0 |
| 1 | | " " | | | | 1 |
| 2 | | suit case | | | | 2 |
| 3 | | LCD TV [illegible] | (2B), crated | | | 3 |
| 4 | | [illegible] | (2B) | | | 4 |
| 5 | | picture box | | | | 5 |
| 6 | | box | | | | 6 |
| 7 | | box | | | | 7 |
| 8 | | [illegible] | (2B) crated | | | 8 |
| 9 | | bed [illegible] | | | | 9 |
| 120 | | TV LCD [illegible] | (2B) crated | | | 0 |
| 1 | | headboard | (2B) | | | 1 |
| 2 | | footboard | (2B) | | | 2 |
| 3 | | 2 sides | (2B) | | | 3 |
| 4 | | slats | | | | 4 |
| 5 | | [illegible] | (2B) | | | 5 |
| 6 | | wetted shelves | 4pc. | | | 6 |
| 7 | | " " | 4pc | | | 7 |
| 8 | | [illegible] stand | (2B) | | | 8 |
| 9 | | nightstable | (2B) | | | 9 |
| 130 | | dresser | (2B) | | | 0 |
| 1 | | plastic bin | | | | 1 |
| 2 | | plastic basket | | | | 2 |
| 3 | | box | | | | 3 |
| 4 | | 2 chair | (2B) dining set | | | 4 |
| 5 | | 2 chair | (2B) | | | 5 |
| 6 | | table top | (2B) | | | 6 |
| 7 | | table leg | (2B) | | | 7 |
| 8 | | Vase | | | | 8 |
| 9 | | server | (2B) 1 box in front | | | 9 |