**Joshua E. Fingold**
ATTORNEY AT LAW

Office Address:

1 Fairchild Court
Suite 290
Plainview, NY 11803

Mailing Address:

PO Box 3098
New York, NY 10163

516.336.9025
516.977.1292 FAX
josh@fingoldlaw.com

May 9, 2013

Hon. Joan M. Azrack
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**VIA ECF**

    Re:    Madus v. Amazon Relocation Services, Inc.,
            13-CV-01339(CBA)(JMA)
            *Adjournment Request*

Dear Judge Azrack:

I represent the plaintiff in the above captioned action.

I request a one-month adjournment of the Initial Conference scheduled to be held on May 15, 2013 at 3:30 PM.

At the current time, the defendant has not received proper service of process of the complaint. Service of process was first attempted on March 15, 2013, via first class mail, however it was not completed due to an issue with the post office.

On April 29, 2013 the defendant was again mailed a copy of the complaint along with a request to waive formal service of process. My co-counsel and I are now waiting to see if the defendant will accept service by mail or if formal service of process will be required.

I believe that an Initial Conference is premature in this action until the defendant makes an appearance.

Plaintiff's counsel is available for an Initial Conference on June 19, 2013 and requests an adjournment until that time. We cannot coordinate with opposing counsel to see if they are also available until they appear.

No prior applications of this type of been requested. No other deadlines will be affected by this request.

Respectfully submitted,

/s/ Joshua Fingold

Joshua Fingold
Attorney for Amy Madus

Cc (via first class mail):

Allan Berlowitz, Esq.
1700 Broadway
New York, NY 10019

Jacob Feder
Amazon Relocation Services, Inc.
5726 1st Ave
Brooklyn, NY 11220