# MINUTE ENTRY

JOAN M. AZRACK, USMJ            DATE: 6/25/13

DOCKET:  13-cv-01339 (CBA)       CASE: Madus v. Amazon Relocation Servs., Inc.

☑ TELEPHONE    ☑ IN-PERSON

**CIVIL CAUSE FOR:**
☑ INITIAL CONF.    ☐ STATUS CONF.    ☐ SETTLEMENT CONF.    ☐ DISCOVERY CONF.

☐ OTHER: _____

Time in court:  ☐ 15    ☐ 30    ☐ 45    ☐ 60    ☐ Other: ____

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

☐ *Docket Clerks are directed to enter the following Order(s):*

— Court informed that case has settled

— Parties to file stipulation of dismissal by 8/9/13

☐ *Docket Clerks are directed to enter the following Scheduling Order(s):*

☐ Next conference on _____    ☐ Telephone    ☐ In-Person
☐ Pre-Trial Order by _____