FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 29 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
AMY MADUS,

        Plaintiff,

   -against-

AMAZON RELOCATION SERVICES, INC.

        Defendant.
----------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Index No.:
13-CV-1339(CBA)(JMA)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), the plaintiff hereby voluntarily dismisses with prejudice the above-captioned action.

Defendant has neither served an answer nor moved for summary judgment. Accordingly, this action may be dismissed without an Order of the Court.

Dated: New York, New York
      July 24, 2013

                            **ALLAN J. BERLOWITZ, ESQ.**

                            /s/ Joshua E. Fingold
                            Joshua E. Fingold (*of counsel*)
                            josh@fingoldlaw.com
                            Attorney for Amy Madus
                            1700 Broadway
                            21st Floor
                            New York, NY 10019
                            (212) 245-6440

**SO ORDERED:**    s/Carol Bagley Amon
July 26, 2013                       USDJ